# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0230. EHSAN RAZAVI v. VICKIE MARIE EMILY.**

After the magistrate court dismissed Ehsan Razavi's action against Vickie Emily, Razavi filed a petition for review in the superior court. The superior court dismissed the petition, and awarded Emily attorney fees pursuant to OCGA § 9-15-14 (b). Razavi then filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Because this case involves a petition for superior court review of a magistrate court decision, Razavi was required to file an application for discretionary appeal. See *Bullock*, 260 Ga. App. at 875.

Similarly, an appeal from a trial court order awarding attorney fees under OCGA § 9-15-14 also must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Consequently, Razavi's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* ___09/15/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*